UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE,**<br>1014 17th Street, N.E.<br>Washington, D.C. 20002<br><br>                    Plaintiff,<br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, N.W.<br>Suite 600<br>Washington, D.C. 20004<br><br>**DISTRICT OF COLUMBIA**<br>**DEPARTMENT OF YOUTH**<br>**REHABILITATION SERVICES,**<br>1000 Mt. Olivet Road, N.E.<br>Washington, DC 20002<br><br>**REACH YOUTH SHELTER**<br>716 I Street S.E.<br>Washington DC 20001 | C.A. NO.<br><br>JUDGE |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1441, *et. seq*., defendant District of Columbia, by and through undersigned counsel, respectfully removes this action from the Superior Court of the District of Columbia, Civil Division, to this Court. As grounds for removal, this defendant states as follows:

On February 25, 2008, Plaintiff John Doe filed this action against defendants District of Columbia and the D.C. Department of Youth Rehabilitation Services in the Superior Court for the District of Columbia, Civil Division, Case No. 2008 CA 001423B, alleging that the defendants "with deliberate indifference to, reckless disregard for the safety and well-being of

the Plaintiff and in violation of 42 U.S.C. section 1983, did allow him to remain in the care and custody of Reach for an indeterminate period of time but longer than 30 days and for a period that exceeded seven months during which time he was sexually assaulted and otherwise deprived of his constitutional rights and due process of law." *See* First Amended Complaint at ¶ 45, attached as Exhibit "A".

Plaintiff further seeks "a judicial declaration that Defendants' policy of holding minor children in shelter detention for undetermined periods of time greater than 30 days deprived Plaintiff and deprives all other similarly-situated minor children [of] their rights under the Fifth Amendment of the U.S. Constitution and the laws of the District of Columbia." *See* First Amended Complaint at ¶ 41.

This action is removable to this Court because of the alleged existence of federal questions raised by plaintiff's First Amended Complaint. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. § 1441(b). In paragraphs 39 through 45 of the First Amended Complaint, plaintiff raises federal questions by asserting federal claims under the Fifth Amendment of the U.S. Constitution as well as § 1983 of the Civil Rights Act.

On March 17, 2008, this defendant received notice of plaintiff's action. This Notice of Removal is filed within thirty (30) days of receipt by this defendant of any paper that commences the running of time in which to remove this action to this Court.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received or sent by undersigned counsel in this matter are attached hereto as Exhibit "A" and are incorporated herein by reference. [1]

> Respectfully submitted,
>
> PETER J. NICKLES
> Interim Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> PATRICIA A. JONES [428132]
> Chief, General Litigation, Section IV
>
> _____
> ERIC GLOVER [978841]
> Assistant Attorney General
> 441 Fourth Street, N.W., Suite 6S043
> Washington, D.C. 20001
> (202) 724-6649; (202) 727-6295
> (202) 741-0554 (fax)
> E-mail:  eric.glover@dc.gov

---

[1] On or about February 25, 2008, Plaintiff counsel moved for — and the Superior Court did grant — an Order placing the case under seal, such that the entire Superior Court record is non-public and is, otherwise, unavailable to Defendant for inspection and photocopying . *See* Superior Court Civil Procedure Rule 5-III.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2008, I caused the foregoing NOTICE OF REMOVAL, to be filed with the Clerk of the U.S. District Court for the District of Columbia using the CaseFileXpress system, which will send notification of such filing to:

> **RICHARD L. THOMPSON, II, ESQ.**
> Law Firm of Nathan L. Johnson, LLC
> 201 Centennial Street, A-2
> P.O. Box 1857
> Laplata, MD   20646

                                    _____._____
                                    ERIC GLOVER
                                    Assistant Attorney General