UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE<br>1014 17th Street, N.E., No. 2<br>Washington, D.C.<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>A MUNICIPAL CORPORATION<br>ADRIAN M. FENTY, MAYOR OF THE<br>DISTRICT OF COLUMBIA<br>441 4th Street, N.W.<br>Washington, D.C.  20001<br>    SERVE: Office of the Attorney<br>           General<br>           1350 Pennsylvania Ave., NW<br>           Washington, DC 20004<br><br>and<br><br>DISTRICT OF COLUMBIA<br>DEPARTMENT OF YOUTH<br>REHABILITATION SERVICES<br>    SERVE: Office of the Attorney<br>           General<br>           1350 Pennsylvania Ave., NW<br>           Washington, DC 20004<br><br>and<br><br>REACH YOUTH SHELTER<br>716 I Street, S.E.<br>Washington, D.C.  20002<br>    SERVE: Superintendent for the<br>           District of Columbia<br>           Department of Consumer and<br>           Regulatory Affairs (DCRA) | Case No.:  08-0656<br>Judge Paul L. Friedman |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING BY
DEFENDANT SASHA BRUCE YOUTHWORK
(*IMPROPERLY PLED AS REACH YOUTH SHELTER*)**

1

Defendant Sasha Bruce Youthwork ("Sasha Bruce"), improperly pled as Reach Youth Shelter, through counsel, Carr Maloney P.C., and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully requests that this Court enter an order extending the time for it to file a responsive pleading in the above-captioned matter until May 14, 2008.  In support of the foregoing Motion, Sasha Bruce respectfully refers this Court to the attached Memorandum of Points and Authorities.

Respectfully submitted

CARR MALONEY P.C.

_____
Thomas L. McCally
1615 L Street, N.W., Suite 500
Washington, D.C.  20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
tlm@carrmaloney.com

**Local Rule 7(m) Certification**

I CERTIFY that, pursuant to Local Rule 7(m) of the United States District Court for the District of Columbia, I attempted to ascertain whether Plaintiff would consent to the relief sought in this Motion.  All good faith efforts were made, but despite diligent efforts consent could not be obtained.

_____
Thomas L. McCally

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of April, 2008, a copy of the foregoing was sent via first class mail, to the following:

>Richard L.Thompson, II, Esquire
>The Law Firm of Nathaniel D. Johnson, LLC
>201 Centenniel Street, Suite A-2
>P.O. Box 1857
>LaPlata, Maryland 20646
>
>Eric Glover, Esquire
>Assistant Attorney General
>441 Fourth Street, N.W., Ste. 6S043
>Washington, D.C. 20001

By:_____
    Thomas L. McCally

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE : | |
| 1014 17th Street, N.E., No. 2 : | |
| Washington, D.C. : | |
| : | |
| v. : | C.A. No.: 08-0656 |
| : | Judge Paul L. Friedman |
| DISTRICT OF COLUMBIA : | |
| A MUNICIPAL CORPORATION : | |
| ADRIAN M. FENTY, MAYOR OF THE : | |
| DISTRICT OF COLUMBIA : | |
| 441 4th Street, N.W. : | |
| Washington, D.C. 20001 : | |
|    SERVE: Office of the Attorney : | |
|        General : | |
|        1350 Pennsylvania Ave., NW : | |
|        Washington, DC 20004 : | |
| : | |
| and : | |
| : | |
| DISTRICT OF COLUMBIA : | |
| DEPARTMENT OF YOUTH : | |
| REHABILITATION SERVICES : | |
|    SERVE: Office of the Attorney : | |
|        General : | |
|        1350 Pennsylvania Ave., NW : | |
|        Washington, DC 20004 : | |
| : | |
| and : | |
| : | |
| REACH YOUTH SHELTER : | |
| 716 I Street, S.E. : | |
| Washington, D.C. 20002 : | |
|    SERVE: Superintendent for the : | |
|        District of Columbia : | |
|        Department of Consumer and : | |
|        Regulatory Affairs (DCRA) : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING BY DEFENDANT SASHA BRUCE YOUTHWORK**
***(IMPROPERLY PLED AS REACH YOUTH SHELTER)***

In support of its Motion for Extension of Time to File a Responsive Pleading, Defendant Sasha Bruce asserts as follows:

1. Plaintiff John Doe filed the instant Complaint on February 25, 2008[1], claiming various causes of action arising out of an alleged sexual assault that occurred at the REACH Youth Shelter.

2. Defendant Sasha Bruce was served with the Complaint in this matter on April 10, 2008, therefore its deadline for filing a responsive pleading is April 30, 2008.

3. The undersigned counsel was only recently retained to represent Defendant Sasha Bruce in this matter. The undersigned counsel received the Complaint and other initial documentation for the first time from its client's insurer on Thursday April 24, 2008.

4. The undersigned counsel has made diligent efforts to immediately become caught up in this case. The undersigned counsel met with its client for the first time on Monday April 28, 2008 and received additional documentation. Despite these efforts, it is impractical for Defendant Sasha Bruce to file a responsive pleading in this matter by April 30, 2008, given the date that its counsel was retained and first received the file in this matter.

5. Defendant Sasha Bruce therefore respectfully requests a two week extension until May 14, 2008 to file a responsive pleading in this action.

6. Plaintiff will not be prejudiced should the Court grant this Motion.

7. The undersigned counsel contacted counsel for Plaintiff on April 29, 2008 to request consent for this extension. On April 30, 2008, the undersigned counsel spoke with counsel for Plaintiff and was informed that counsel for Plaintiff would not consent to this extension.

---

[1] The Complaint was filed in the Superior Court of the District of Columbia. The case was removed to the United States District Court for the District of Columbia on April 15, 2008. The undersigned counsel first learned of this removal during a telephone conversation with counsel for the District of Columbia earlier today.

        Respectfully submitted

        CARR MALONEY P.C.

        */s/*

        _____
        Thomas L. McCally, #391937
        Nat P. Calamis, #495680
        1615 L Street, N.W., Suite 500
        Washington, D.C.  20036
        (202) 310-5500 (Telephone)
        (202) 310-5555 (Facsimile)
        tlm@carrmaloney.com
        npc@carrmaloney.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE : <br> 1014 17th Street, N.E., No. 2 : <br> Washington, D.C. : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA : <br> A MUNICIPAL CORPORATION : <br> ADRIAN M. FENTY, MAYOR OF THE : <br> DISTRICT OF COLUMBIA : <br> 441 4th Street, N.W. : <br> Washington, D.C.  20001 : <br>     SERVE: Office of the Attorney : <br>         General : <br>         1350 Pennsylvania Ave., NW : <br>         Washington, DC 20004 : <br> : <br> and : <br> : <br> DISTRICT OF COLUMBIA : <br> DEPARTMENT OF YOUTH : <br> REHABILITATION SERVICES : <br>     SERVE: Office of the Attorney : <br>         General : <br>         1350 Pennsylvania Ave., NW : <br>         Washington, DC 20004 : <br> : <br> and : <br> : <br> REACH YOUTH SHELTER : <br> 716 I Street, S.E. : <br> Washington, D.C.  20002 : <br>     SERVE: Superintendent for the : <br>         District of Columbia : <br>         Department of Consumer and : <br>         Regulatory Affairs (DCRA) : | Case No.: 08-0656 <br> Judge Paul L. Friedman |

**ORDER**

UPON CONSIDERATION of the foregoing Motion and any Opposition thereto, it is this

___ day of _____, 2008

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Defendant REACH is given a two week extension until May 14, 2008 to file a responsive pleading to Plaintiff's Complaint.

_____
Judge Paul J. Friedman

Copies to:

Thomas L. McCally, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036

Richard L.Thompson, II, Esquire
The Law Firm of Nathaniel D. Johnson, LLC
201 Centenniel Street, Suite A-2
P.O. Box 1857
LaPlata, Maryland 20646

Eric Glover, Esquire
Assistant Attorney General
441 Fourth Street, N.W., Ste. 6S043
Washington, D.C. 20001