UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-656 (PLF) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants ) | |

## PRAECIPE OF WITHDRAWAL AND ENTRY OF APPEARANCE

Will the Clerk of the Court please withdraw the appearance of ERIC S. GLOVER, Assistant Attorney General, as attorney for defendant District of Columbia. Please enter the appearance of DWAYNE C. JEFFERSON, Assistant Attorney General, on behalf of defendant District of Columbia.

This 2nd day of May 2008

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*Patricia A. Jones*
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

RECEIVED
MAY - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

By: _____
DWAYNE C. JEFFERSON[1]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 741-0554 f
dwayne.jefferson@dc.gov

**COUNSEL FOR DEFENDANT
DISTRICT OF COLUMBIA**

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2008, a copy of the foregoing was sent by first class mail to the following:

**RICHARD L. THOMPSON, II, ESQ.**
Law Firm of Nathan L. Johnson, LLC
201 Centennial Street, A-2
P.O. Box 1857
Laplata, MD  20646

COUNSEL FOR PLAINTIFFS

**THOMAS L. MCCALLY, ESQ.**
Carr Maloney, PC
1615 L Street, NW, Suite 500
Washington, DC  20036

COUNSEL FOR DEFENDANT
REACH YOUTH SHELTER

_____
DWAYNE C. JEFFERSON
Assistant Attorney General

---

[1] Mr. Jefferson is appearing under Rule 49 (c) (4) of the District of Columbia Court of Appeals and LCvR 83.2.