UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-656 (PLF) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants | ) ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S
CONSENT MOTION TO CONTINUE THE MAY 2ND
JOINT REPORT FILING DEADLINE AND MAY 9TH STATUS CONFERENCE**

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. Civ. P. R. 6(b), respectfully moves to continue the scheduled May 2nd Joint Report filing deadline and May 9th Status Conference. As grounds therefor, Defendant states as follows:

1.    By Minute Entry rendered Friday, April 18, 2008, this Honorable Court instructed the parties to meet, confer, and file a Joint Report pursuant to Local Rule 16.3 by May 2, 2008 and, otherwise, scheduled a Status Conference on May 9, 2008 (9:00 a.m.). The Minute Entry expressly states that electronic notice was not circulated "because the case/entry is sealed." Thus, the Minute Entry was circulated by regular mail post-marked April 23, 2008. (See Minute Entry Mailer attached as Exhibit "A" in globo).

2.    Undersigned counsel's office did not receive the Minute Entry until 4:32 p.m. on Friday April 25, 2008 — i.e., one full week after it was rendered. (*Id.*) Moreover, undersigned counsel was out of the office on both Friday April 25th

**RECEIVED**

MAY - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

and Monday April 28th, such that the Minute Entry was not personally received by counsel until Tuesday, April 29th.

3.  Though the undersigned tried to contact Plaintiff counsel immediately upon receipt of the Minute Entry, we did not actually speak with one another until the afternoon of May 1st and, at that time, Plaintiff counsel stated that he had not yet received the Court's Minute Entry.

4.  Further, while leaving a message at Plaintiff counsel's law office on April 30th, undersigned counsel became aware of the fact that Defendant Reach Youth Shelter was being represented by Thomas McCally of the Carr Maloney firm. During our subsequent phone conversation, Mr. McCally explained that he too never received the Court's Minute Entry and, otherwise, confirmed that Reach Youth Shelter would soon file a Motion for Extension of Time to File Responsive Pleading. Like Plaintiff, Defendant Reach Youth Shelter also consents to the continuance requested hereby. None of the parties will be prejudiced by a continuance in this matter.1

5.  None of the parties have had a meaningful opportunity to meet and confer with each other to file a Joint Report, and we respectfully request to continue the May 2nd deadline for submitting same until **May 23, 2008**. We further request that the May 9th Status Conference be continued until **May 30, 2008**.

This 2nd day of <u>May 2008</u>

---

1 Undersigned counsel is also scheduled to be sworn into the District of Columbia Bar at 10:00 a.m. on May 9, 2008 and, therefore, would be unavailable to attend the scheduled 9:00 a.m. Status Conference on that date.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

By: _____
DWAYNE C. JEFFERSON[2]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 741-0554 f
dwayne.jefferson@dc.gov

**COUNSEL FOR DEFENDANT
DISTRICT OF COLUMBIA**

## CERTIFICATE PURSUANT TO LOCAL RULE 7(m)

Undersigned counsel hereby certifies that — on May 1, 2007 — I
discussed this non-dispositive motion with plaintiff counsel, who expressed his
consent to the relief sought herein.

_____
DWAYNE C. JEFFERSON
Assistant Attorney General

---

[2] Mr. Jefferson is appearing under Rule 49 (c) (4) of the District of Columbia Court of Appeals and LCvR
83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,                              )
                                       )
            Plaintiff,                 )
                                       )
            v.                         )        Civil Action No. 08-656 (PLF)
                                       )
DISTRICT OF COLUMBIA, *et al.*,        )
                                       )
            Defendants                 )
_____)


**DEFENDANT DISTRICT OF COLUMBIA'S
MEMORANDUM OF POINTS OF AUTHORTIES SUPPORTING ITS
CONSENT MOTION TO CONTINUE THE MAY 2ND JOINT REPORT FILING
DEADLINE AND MAY 9TH STATUS CONFERENCE**


In support of its Motion, the District relies upon the following authorities:

1.      Inherent Power of the Court.

2.      Fed. Civ. P. R. 6(b).

3.      Party consent.

This 2nd day of <u>May 2008</u>


                              Respectfully Submitted,

                              PETER J. NICKLES
                              Interim Attorney General for the District of
                              Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              PATRICIA A. JONES [428132]
                              Chief, General Litigation, Section IV

By:_____
DWAYNE C. JEFFERSON
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 741-0554 f
dwayne.jefferson@dc.gov

**COUNSEL FOR DEFENDANT
DISTRICT OF COLUMBIA**

## Other Orders/Judgments

1:08-cv-00656-PLF *SEALED* DOE v. DISTRICT OF COLUMBIA et al
JURY, Sealed_Case, TYPE-E

### U.S. District Court

### District of Columbia

#### Notice of Electronic Filing

The following transaction was entered on 4/18/2008 at 5:20 PM and filed on 4/18/2008

**Case Name:** DOE v. DISTRICT OF COLUMBIA et al
**Case Number:** 1:08-cv-656
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: Meet and Confer Status Conference set for 5/9/2008 @ 09:00 AM in Courtroom 29A before Judge Paul L. Friedman. The parties shall meet, confer, and file a Joint Report pursuant to Local Rule 16.3 by 5/2/2008. Signed by Judge Paul L. Friedman on 4/18/2008. (mm)**

**1:08-cv-656 No electronic notice will be sent because the case/entry is sealed.**



DEFENDANT'S
EXHIBIT
A
IN GLOBO

OFFICE OF THE
ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA

2008 APR 25  P 4: 32

CIVIL LITIGATION
SECTION IV

**Eric S. Glover**
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
Suite 600 South
Washington, DC 20001

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

200018271 4  C003

l.l.ll..ll..ll.....ll.l.l.ll.l.ll..l.l.l.l.l.l..lll.l.l



02 1A
0004634648      APR 23  2008
MAILED FROM ZIP CODE 20001

UNITED STATES POSTAGE
$ 00.41¢
PITNEY BOWES

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2008, a copy of the foregoing was sent by first class mail to the following:

**RICHARD L. THOMPSON, II, ESQ.**
Law Firm of Nathan L. Johnson, LLC
201 Centennial Street, A-2
P.O. Box 1857
Laplata, MD  20646

COUNSEL FOR PLAINTIFFS

**THOMAS L. MCCALLY, ESQ.**
Carr Maloney, PC
1615 L Street, NW, Suite 500
Washington, DC  20036

COUNSEL FOR DEFENDANT
REACH YOUTH SHELTER

_____
DWAYNE C. JEFFERSON
Assistant Attorney General

RECEIVED

MAY - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,                              )
                                       )
        Plaintiff,                     )
                                       )           Civil Action No. 08-656 (PLF)
        v.                             )
                                       )
DISTRICT OF COLUMBIA, *et al.*,        )
                                       )
        Defendants                     )
_____)

## ORDER

UPON CONSIDERATION of Defendant District of Columbia's Consent Motion
for Continuance, lack of opposition thereto, and the record herein, it is by the Court
this____ day of _____, 2008:


ORDERED that Defendant's motion for continuance is **GRANTED** for the reasons
set forth in its motion; and


IT IS FURTHER ORDERED that the Court's April 18, 2008 Minute Entry is hereby
**VACATED** — such that the May 2nd deadline to file the Joint Report is continued to May
23, 2008 and the May 9th Status Conference is continued to May 30, 2008.


_____
HON. PAUL L. FRIEDMAN
JUDGE, U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CC:

DWAYNE C. JEFFERSON, ESQ.
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001

RICHARD L. THOMPSON, II, ESQ
Law Firm of Nathan L. Johnson, LLC
201 Centennial Street, A-2
P.O. Box 1857
Laplata, MD   20646

THOMAS L. MCCALLY, ESQ.
Carr Maloney, PC
1615 L Street, NW, Suite 500
Washington, DC   20036