UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

**MAY - 6 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN DOE
1014 17th Street, N.E., No. 2
Washington, D.C.

   v.

DISTRICT OF COLUMBIA
A MUNICIPAL CORPORATION
ADRIAN M. FENTY, MAYOR OF THE
DISTRICT OF COLUMBIA
441 4th Street, N.W.
Washington, D.C. 20001
  SERVE: Office of the Attorney
    General
    1350 Pennsylvania Ave., NW
    Washington, DC 20004

and

DISTRICT OF COLUMBIA
DEPARTMENT OF YOUTH
REHABILITATION SERVICES
  SERVE: Office of the Attorney
    General
    1350 Pennsylvania Ave., NW
    Washington, DC 20004

and

REACH YOUTH SHELTER
716 I Street, S.E.
Washington, D.C. 20002
  SERVE: Superintendent for the
    District of Columbia
    Department of Consumer and
    Regulatory Affairs (DCRA)

Case No.: 08-0656
Judge Paul L. Friedman

## **ORDER**

UPON CONSIDERATION of the foregoing Motion and any Opposition thereto, it is this

____ day of _____, 2008

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Defendant REACH is given a two week extension until May 14, 2008 to file a responsive pleading to Plaintiff's Complaint.

_____
Judge Paul J. Friedman

Copies to:

Thomas L. McCally, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

Richard L. Thompson, II, Esquire
The Law Firm of Nathaniel D. Johnson, LLC
201 Centenniel Street, Suite A-2
P.O. Box 1857
LaPlata, Maryland 20646

Eric Glover, Esquire
Assistant Attorney General
441 Fourth Street, N.W., Ste. 6S043
Washington, D.C. 20001