UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE, )
)
    Plaintiff, )
) Civil Action No. 08-656 (PLF)
v. )
)
DISTRICT OF COLUMBIA, *et al.*, )
)
    Defendants )
_____ )

RECEIVED
MAY - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
MAY - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

UPON CONSIDERATION of Defendant District of Columbia's Consent Motion for Continuance, lack of opposition thereto, and the record herein, it is by the Court this 7th day of May, 2008:

ORDERED that Defendant's motion for continuance is **GRANTED** for the reasons set forth in its motion; and

IT IS FURTHER ORDERED that the Court's April 18, 2008 Minute Entry is hereby **VACATED** — such that the May 2nd deadline to file the Joint Report is continued to May 23, 2008 and the May 9th Status Conference is continued to May 30, 2008, at 9 A.M.

_____
HON. PAUL L. FRIEDMAN
JUDGE, U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CC:

DWAYNE C. JEFFERSON, ESQ.
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001

RICHARD L. THOMPSON, II, ESQ
Law Firm of Nathan L. Johnson, LLC
201 Centennial Street, A-2
P.O. Box 1857
Laplata, MD   20646

THOMAS L. MCCALLY, ESQ.
Carr Maloney, PC
1615 L Street, NW, Suite 500
Washington, DC   20036