UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**John Doe**

    **PLAINTIFF,**

v.

**District of Columbia, et al**

    **DEFENDANTS.**

Civil Action No.:  08-0656 (PLF)

## CONSENT MOTION

## FOR ENLARGEMENT OF TIME

**NOW COMES** Plaintiff, John Doe, by undersigned counsel, and hereby moves this honorable Court for a 7 (seven) day enlargement to file Plaintiff's Opposition to Defendant District of Columbia's Motion to Dismiss.  In support of this motion, Plaintiff states herein as follows:

1. Defendant consents to this enlargement with the proviso that they request a seven day enlargement to file their Response, if any, to this pleading.

2. Plaintiff's reply was due on or about June 13, 2008.

3. Plaintiff files this motion for Enlargement of Time to reply until June 20, 2006.

4. Plaintiff does not file this pleading to delay or with unclean hands.

5. Plaintiff has attempted to expeditiously file the instant motion by ECF through the pacer system consistent with the Court's Order removing the seal on this matter.

6. Plaintiff has been unable to file this matter electronically.  Upon first attempt and subsequent attempts the electron case filing system reflected that the matter was unavailable as it was under seal.   Specifically the computer screen shows:

    Case No. : 08 - 656  SEALED v. SEALED; Case is not available to the public

7. Counsel for Plaintiff contacted chambers who directed counsel to the United States District Court electronic case filing liaison at (202) 354 - 3190.  Counsel contact this number but was

    placed into voice mail. Plaintiff contact this number again and spoke to an unidentified clerk who identified that this counsel should speak with a Mrs. Davis whereupon I was transferred to a another number without successfully speaking to some who could resolve this matter.

8. This motion is filed in the interest of justice to allow Plaintiff to be fully heard prior to this Court issuing dismissal of this matter on procedural grounds without reviewing the merits of this matter.

June 19, 2008                            Respectfully submitted on Plaintiff's behalf,

                                                /s/
                              Richard L. Thompson, II (Federal # 448816 DC)
                              PO Box 1587
                              201 Centenial Street
                              Suite A-2
                              La Plata, Maryland 20646
                              Dir (301) 275 -9190
                              Ofc. (301) 645 - 9103
                              Fax (240) 363-0747

**CERTIFICATE OF SERVICE**

        I, Richard L. Thompson, II, the undersigned, affirm under penalty of perjury that on this date, June 19, 2008 the foregoing Motion for Enlargement of Time was sent, via electronic mail by the ECF system, to the following addressee:

Dwayne C. Jefferson, Esq., Assistant Attorney General

                            Respectfully submitted on Plaintiff's behalf,

                                               /s/
                            Richard L. Thompson, II (Federal #448816 DC)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**John Doe**

    **PLAINTIFF,**

**v.**

**District of Columbia, et al**

    **DEFENDANTS.**

**Civil Action No.: 08-0656 (PLF)**

_____

**ORDER**

WHEREFORE, Plaintiff has moved this Court to enlarge the time in which Plaintiff may file its opposition to Defendant's Motion to Dismiss with the consent of the affected party it is hereby ORDERED AS FOLLOWS:

Plaintiff's Motion is hereby GRANTED, this _____ day of June, 2008. Plaintiff may have to and through June 20, 2008 in which to file any Opposition to Defendant District of Columbia's Motion to Dismiss. The District of Columbia may have until_____, 2008 in which to file their Reply.

_____

_____

_____

SO ORDERED:

_____
Judge United States District Court

**COPIES TO**

All Parties via ECF