UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 08-656 (PLF) |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**CONSENT MOTION TO ENLARGE TIME TO FILE REPLY BRIEF
ON BEHALF OF THE DISTRICT OF COLUMBIA, THE DEPARTMENT OF CHILD &
FAMILY SERVICES, AND THE DEPARTMENT OF YOUTH REHABILITATION SERVICES**

Pursuant to Fed. R. Civ. P. 6(b), Defendants District of Columbia ("District"), Department of Child & Family Services ("DCFS"), and Department of Youth & Rehabilitation Services ("DYRS"), by and through undersigned counsel and with the consent of Plaintiff, hereby move this Honorable Court for an enlargement of time — up to and including **July 11, 2008** — to file a brief in reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss. As grounds therefor, Defendants represent as follows:

1. On or about May 23, 2008, Defendants filed a Motion to Dismiss. By Minute Entry dated May 30th, this Honorable Court fixed a June 13th deadline for Plaintiff to file his opposition memorandum, and a June 23rd deadline for Defendants to file a reply brief.

2. By Minute Entry dated June 20th, this Honorable Court granted Plaintiff's Consent Motion for Enlargement of Time — commanding Plaintiff to file his opposition by June 20th and Defendants to file a reply brief by July 1st.

3.       Plaintiff's timely filed opposition memorandum contains arguments that require precise and cogent responses and, due to the press of business, Defendants require additional time to draft an appropriate response.

4.       Defendants respectfully request that this Court extend the time to file their reply brief for an additional ten (10) days — up to and including **July 11, 2008**.

5.       Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time:  (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."  This motion is filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

6.       Plaintiff consents to Defendants' request for an enlargement.

7.       No party will be unduly prejudiced should the Court grant the requested relief.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b), Defendants request additional time — up to and including July 11, 2008 — to file their brief in reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss.  A memorandum of points and authorities in support of this motion is attached hereto.

        Respectfully Submitted,

        PETER J. NICKLES
        Interim Attorney General, District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

                         _____/s/_____
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
dwayne.jefferson@dc.gov

## LCvR 7(m) CERTIFICATION

I hereby certify that on July 1, 2008, Plaintiff counsel consented to the relief sought in this motion.

                      _____/s/_____
Dwayne C. Jefferson
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 08-656 (PLF) |
| : | |
| DISTRICT OF COLUMBIA, *et al.,* : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

In support of their Motion for Enlargement of Time to File a Reply Brief, Defendants District of Columbia ("District"), Department of Child & Family Services ("DCFS"), and Department of Youth & Rehabilitation Services ("DYRS"), rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b).

3. Consent of Plaintiff

4. The record herein.

           Respectfully Submitted,

           PETER J. NICKLES
           Interim Attorney General for the District of Columbia

           GEORGE C. VALENTINE
           Deputy Attorney General, Civil Litigation Division


           _____/s/_____
           PATRICIA A. JONES [428132]
           Chief, General Litigation Sec. IV

           _____/s/_____
DWAYNE C. JEFFERSON [980816]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
dwayne.jefferson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 08-656 (PLF) |
| DISTRICT OF COLUMBIA, *et al.,* | : | |
| Defendants. | : | |

### ORDER

UPON CONSIDERATION of the Motion for Enlargement of Time to File a Reply Brief, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be GRANTED, it is by the Court this _____ day of _____ 2008,

ORDERED: That the motion shall be and the same is hereby GRANTED; and it is,

FURTHER ORDERED: That Defendants District of Columbia, Department of Child & Family Services, and Department of Youth & Rehabilitation Services' time to file their brief in reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss is extended up to and including July 11, 2008.

_____
**HON. PAUL L. FRIEDMAN**
Judge, U.S. District Court for the District of Columbia