CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Received
Mail Room
JUN - 9 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

NIXIE        207    DC  1        00   06/05/08
        RETURN TO SENDER
        NO MAIL RECEPTACLE
        UNABLE TO FORWARD

BC: 20001299999                *2417-19451-08-39



Richard L. Thompson, II
Law Firm of Nathaniel D. Johnson
201 Centennial Street, Suite A-2
La Plata, MD 20646

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY - 6 2008


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN DOE                                           :
1014 17th Street, N.E., No. 2                      :
Washington, D.C.                                   :
                                                   :
          v.                                       :    Case No.: 08-0656
                                                   :    Judge Paul L. Friedman
DISTRICT OF COLUMBIA                               :
A MUNICIPAL CORPORATION                            :
ADRIAN M. FENTY, MAYOR OF THE                      :
DISTRICT OF COLUMBIA                               :
441 4th Street, N.W.                               :
Washington, D.C. 20001                             :
          SERVE: Office of the Attorney            :
                 General                           :
                 1350 Pennsylvania Ave., NW        :
                 Washington, DC 20004              :
                                                   :
and                                                :
                                                   :
DISTRICT OF COLUMBIA                               :
DEPARTMENT OF YOUTH                                :
REHABILITATION SERVICES                            :
          SERVE: Office of the Attorney            :
                 General                           :
                 1350 Pennsylvania Ave., NW        :
                 Washington, DC 20004              :
                                                   :
and                                                :
                                                   :
REACH YOUTH SHELTER                                :
716 I Street, S.E.                                 :
Washington, D.C. 20002                             :
          SERVE: Superintendent for the            :
                 District of Columbia              :
                 Department of Consumer and       :
                 Regulatory Affairs (DCRA)         :

## ORDER

UPON CONSIDERATION of the foregoing Motion and any Opposition thereto, it is this

____ day of _____, 2008

20080430-NOG-14 (motion to extend-responsive pleading)

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Defendant REACH is given a two week extension until May 14, 2008 to file a responsive pleading to Plaintiff's Complaint.

_____
Judge Paul J. Friedman

Copies to:

Thomas L. McCally, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

Richard L. Thompson, II, Esquire
The Law Firm of Nathaniel D. Johnson, LLC
201 Centenniel Street, Suite A-2
P.O. Box 1857
LaPlata, Maryland 20646

Eric Glover, Esquire
Assistant Attorney General
441 Fourth Street, N.W., Ste. 6S043
Washington, D.C. 20001