# UNITED STATES DISTRICT COURT
## District of Columbia

John Doe

SUMMONS IN A CIVIL CASE

v.

District of Columbia, et Al

CASE NUMBER: C 5- 676 (PLF)

TO: (Name and address of Defendant)

District of Columbia
See Adrian Fenty
1350 Pennsylvania Ave, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Lloyd Thompson, II
P.O. Box 1817
201 Centennial Street, pk A-2
La Plata, MD 20646
(301) 695-9108

an answer to the complaint which is served on you with this summons, within ___28___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUL 3 2008

CLERK                  DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me | DATE July 14, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Chance Manley | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

**X** Other (specify): Substitute service accepted at the business (accepted by Ms. Tabatha Braxton).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 14, 2008

Signature of Server

Chancellor & Associates Process Servers

Address of Server

P.O. Box 425, Greenbelt, MD 20768